**STOLT–NIELSEN S.A., Stolt–Nielsen Transportation Group Ltd., Odfjell ASA, Odfjell Seachem AS, Odfjell USA Inc., Jo Tankers BV, Jo Tankers, Inc. and Tokyo Marine Co. Ltd., Petitioners–Appellees,**

v.

**ANIMALFEEDS INTERNATIONAL CORP., Respondent–Appellant,**

**KP Chemical Corp., Respondent.**

No. 06–3474–cv.

United States Court of Appeals, Second Circuit.

Oct. 5, 2010.

Bernard Persky, Esq., Labaton Sucharow LLP, New York, NY, for Respondent–Appellant.

KP Chemical Corp., pro se.

Present: AMALYA L. KEARSE, ROBERT D. SACK and DEBRA ANN LIVINGSTON, Circuit Judges.

Prior report: S.D.N.Y., 435 F.Supp.2d 382.

For the reasons stated by the United States Supreme Court in *Stolt–Nielsen S.A. v. AnimalFeeds International Corp.,* —— U.S. ——, 130 S.Ct. 1758, 176 L.Ed.2d 605 (2010), the judgment of the district court is hereby AFFIRMED.